ACCEPTED
06-15-00023-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/27/2015 12:00:00 AM
DEBBIE AUTREY
CLERK

# SIXTH COURT OF APPEALS

## 06-15-00023-CR

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

7/27/2015 8:32:00 AM

DEBBIE AUTREY
Clerk

## *Jessica Boyett, Appellant*
## *v.*
## *State of Texas, Appellee*

### On Appeal from the 6th Judicial District Court
### Lamar County, Texas
### Cause Number 25505

# Motion to Extend Time to File Appellant's Brief

**THE LAW OFFICE OF KRISTIN R. BROWN**
**Kristin R. Brown, Attorney**
**18208 Preston Road, Suite D9375**
**Dallas, Texas 75252**
**P: 214-446-3909**
**F: 214-481-4868**
**E: kbrown@idefenddfw.com**
**SBN: 24081458**

**To the Honorable Justices of the Court of Appeals:**

Appellant Jessica Boyett moves for an extension of time of **30 days** to file the Appellant's Brief [*See* Tex. Rule App. Proc. 10.5(b) and 38.6(c)]:

1.     This case is on appeal from the 6th Court of Appeals of Lamar County, Texas.

2.     The case below is styled the *State of Texas v. Jessica Boyett*, and is numbered 25505.

3.     On February 3, 2015, sentence was imposed in open court.

4.     Appellant was convicted of Conspiracy to Manufacture a Controlled Substance.

5.     Appellant is presently on an appeals bond, and was placed on community supervision for a period of three years.

6.     The reporter's record was filed on July 7, 2015.

7.     The clerk's record was filed on March 31, 2015.

8.     The Appellant's Brief is due on **August 6, 2015**.

9.     Appellant requests an extension of time of **30 days** from the present due date to file the Appellant's Brief, i.e., until **September 5, 2015**.

10.     No previous extension to file the Appellant's Brief has been filed.

11.     Appellant relies on the following facts as good cause for the

2

requested extension: Attorney for Appellant has suffered the loss of numerous close family members in the last few months, and the loss—as well as the travel necessitated by the loss—has put Attorney for Appellant slightly behind in her briefing.

12.     Further, Attorney for Appellant has the following briefs, petitions for discretionary review, or other pleadings due soon:

- *Ryder v. State*, 07-15-00003, appellant's brief due on August 3, 2015 in the Seventh Court of Appeals

- *Harrell v. State*, 05-15-00133-CR, reply brief due in the Fifth Court of Appeals

- *Aday v. State*, 05-14-01593, reply brief due in the Fifth Court of Appeals

13.     In addition, besides her regular trial docket, and additional upcoming appeals, Attorney for Appellant continues work on a multi-county, multi count case involving several felonies, and travel and investigation for this case have been substantial.

14.     Finally, Attorney for Appellant continues work on several habeas cases involving the underlying issue in *Miller v. Alabama*, 132 S.Ct. 2455 (2012).

15.     Attorney for Appellant has a responsibility to provide Appellant with the effective assistance of appellate counsel, *see Evitts v. Lucey*, 469 U.S.

387, 392 (1985), and Attorney for Appellant believes that that the additional time is necessary to provide such effective appellate counsel.

16.     Attorney for Appellant thus requests the extension so that he may properly prepare the Appellant's Brief in accordance with Attorney for Appellant's standards and to provide Appellant the effective assistance of appellate counsel.

17.     This Motion is not filed for purposes of delay, but so that justice may be served.

### Prayer

Appellant prays that this motion for extension of time to file the Appellant's Brief be granted.

Respectfully submitted,

Kristin R. Brown
18208 Preston Road, Suite D9375
Dallas, Texas 75252
Phone: 214-446-3909
Fax: 214-481-4868
Email: kbrown@idefenddfw.com
Texas Bar No. 24081458
Attorney for Appellant

**Kristin R. Brown**

4

## Certificate of Service

This certifies that on July 26, 2015, a true and correct copy of this document was served on Gary Young of the District Attorney's Office, Lamar County, by email to gyoung@co.lamar.tx.us.

**Kristin R. Brown**